IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROLANDO SANCHEZ ESTRADA (09) | No.   4:25-CR-259-P |

## GOVERNMENT'S OBJECTION TO DEFENDANT'S NOTICE OF EXPERT TESIMONY

In his Notice of Expert Testimony (the "Notice"), the defendant seeks to designate Larry Peters as a "Handwriting Examiner" (Dkt. 216)    The government objects to the Notice because: (1) the Notice fails to provide a complete statement of the opinions the defendant will elicit from Mr. Peters or the bases and reasons for those opinions; and (2) the defendant has not produced an expert report, or any reciprocal discovery for that matter.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

                                        *s/ Shawn Smith*
                                        SHAWN SMITH
                                        Assistant United States Attorney