UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                     No. 4:25-cr-00259-P

**CAMERON ARNOLD (01),
ELIZABETH SOTO (07),
DANIEL ROLANDO SANCHEZ
ESTRADA (09),**

   Defendants.

# ORDER

   Before the Court is (1) Defendant Elizabeth Soto's Motion to Suppress Evidence Obtained Pursuant to an Insufficient Warrant, ECF No. 195; and (2) Defendant Cameron Arnold's Motion to Exclude Statements of Codefendant, ECF No. 196. Having reviewed the filing and the Government's Responses, the Court finds it appropriate to and hereby does **SET** the Motions for hearing at **10:00 a.m. on February 10, 2026,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas 76102.

   Also before the Court is Defendant Daniel Rolando Sanchez Estrada's Motion to Suppress Evidence. ECF No. 202. Having reviewed the filing and the Government's Response, the Court finds it appropriate to and hereby does **SET** the Motion for hearing at **2:00 p.m. on February 12, 2026,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas 76102.

   **SO ORDERED** on this **6th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE